United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) Criminal Case No. 19-20660-CR-Scola ) |
| Victor Manuel De Jesus, Defendant. | ) ) |

### Order of Detention Pending Trial

On December 12, 2019, this matter came before the Court for hearing on Government's Sealed Motion to Revoke Pretrial Release and Impose Detention. The Court has considered the Motion, the arguments presented by counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Government's Sealed Motion to Revoke Pretrial Release and Impose Detention (**ECF No. 41**) is **granted**. The Court finds there is probable cause to believe the Defendant, while on pretrial release, possessed with intent to distribute drugs, obstructed justice, committed witness tampering, and contempt of court for violation of the Court's Protective Order (ECF No. 23).

There is no condition or combination of conditions of release that will assure that the Defendant will not pose a danger to the safety of any other person or the community and he is unlikely to abide by any condition or combination of conditions of release. Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility pending resolution of this case.

**Done and Ordered** in Chambers at Miami, Florida, on December 13, 2019.

_____
Robert N. Scola, Jr.
**United States District Judge**

cc:  counsel of record
     U.S. Pretrial Services